No. 481. Tower v. Water Hammer Arrester Corp. C. C. A. 7th. Certiorari denied. *Harold Olsen* for petitioner. *Ralph W. Brown* and *Sidney Neuman* for respondent.

No. 487. Atlantic Coast Line Railroad Co. et al., doing business as Clinchfield Railroad Co., v. Meeks. Court of Appeals of Tennessee. Certiorari denied. *Robert L. Taylor, James H. Epps, Jr.* and *William E. Miller* for petitioners. *Clarence W. Bralley* and *John Frank Bryant* for respondent.

No. 491. Bradley v. Connecticut. Supreme Court of Errors of Connecticut. Certiorari denied. *Elliott R. Katz* for petitioner. *Abraham S. Ullman* and *Arthur T. Gorman* for respondent.

No. 493. Jankiewicz et al. v. Slear et ux. Court of Appeals of Maryland. Certiorari denied. *Joseph J. Rehm* for petitioners.

No. 503. Zieber v. United States. C. C. A. 3d. Certiorari denied. *Hayden C. Covington* for petitioner. Solicitor General *Perlman*, Assistant Attorney General *Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 507. Berenbeim v. United States; and
No. 508. Schechter v. United States. C. C. A. 10th. Certiorari denied. *Philip Hornbein, Jr.* for petitioners. Solicitor General *Perlman*, Assistant Attorney General *Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States. Reported below: 164 F. 2d 679.